# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 20-MJ-3223-KAR |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| MICHAEL GEOFFROY | ) | |

## MOTION TO SEAL COMPLAINT AFFIDAVIT

The United States moves to seal the affidavit in support of the Complaint in this case because it would tend to identify a juvenile victim of a sex offense.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: /s/ Alex J. Grant
Alex J. Grant
Assistant United States Attorney

12/19/2020 - ALLOWED. /s/ Katherine A. Robertson, U.S.M.J.
Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on December 19, 2020.