AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Michael Geoffroy | ) | 20-mj- 3223 KAR |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____December 2020____ in the county of ____Hampden____ in the ____ District of ____Massachusetts____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 | Sexual Exploitation of a Child |
| 18 USC 2252A(a)(2) | Distribution of Child Pornography |
| 18 USC 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

Affidavit of Ian Smythe

❏ Continued on the attached sheet.

Signed electronically with authorization from
Special Agent Ian Smythe on December 19, 2020.

/s/ Ian Smythe

*Complainant's signature*

Ian Smythe, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____12/19/2020____

/s/ Katherine A. Robertson

*Judge's signature*

City and state: ____Springfield, MA____

Katherine A. Robertson, U.S. Magistrate Judge

*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on December 19, 2020.