JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Chicopee    **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-3221-22-KAR
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Michael Geoffroy    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Chicopee, MA

**Birth date (Yr only):** 1985   **SSN (last4#):** 3489   **Sex** M   **Race:** White   **Nationality:** _____

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Alex J. Grant    **Bar Number if applicable** 629754

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date** 12/18/2020

☑ Already in Federal Custody as of   12/18/2020   in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/19/2020    **Signature of AUSA:** *Alex Grant*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Michael Geoffroy

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2251(a) | Sexual Exploitation of a Child | 1 |
| Set 2 | 18 USC 2252A(a)(2) | Distribution of Child Pornography | 2 |
| Set 3 | 18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____