**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 20-MJ-3223-KAR** |
| **v.** ) | |
| ) | |
| **MICHAEL GEOFFROY,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION FOR DETENTION HEARING**

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

    __x__ Felony crime of violence, sex trafficking, or terrorism offense

    _____ Maximum sentence of life imprisonment or death

    _____ 10 plus years drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk of obstruction of justice

    __X__ Felony involving minor victim, possession of firearm, destructive device or dangerous weapon, or failure to register as a sex offender

1

2. <u>Reason for Detention</u>.  The Court should detain defendant because there are no conditions of release which reasonably will assure (check all that apply):

  __X__  Defendant's appearance as required

  __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States **will** invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  If "yes," the presumption applies because (check all that apply):

  _____  Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. § 924(c)

  _____  Previous conviction for "eligible" offense committed while on pretrial bond

  __X__  Probable cause to believe defendant committed an offense involving a minor victim

4. <u>Time for Detention Hearing</u>.  The United States requests that the Court conduct the detention hearing:

  __x__  At first appearance

  _____  After continuance of _3_ day(s) (not more than 3)

5. <u>Witnesses</u>.  The United States intends to rely upon a proffer by an Assistant U.S. Attorney or the testimony of witnesses.  The amount of time for the government's proffer or

direct examination of witnesses is estimated to be: one-half hour.

    6.    Other Matters.

None. Respectfully submitted,

                  ANDREW E. LELLING
                  UNITED STATES ATTORNEY

          By:   /s/ Alex J. Grant
                Alex J. Grant
                Assistant U.S. Attorney

Dated: December 21, 2020

## CERTIFICATE OF SERVICE

Hampden, ss.                  Springfield, Massachusetts
                              December 21, 2020

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                  /s/ Alex J. Grant
                  ALEX J. GRANT
                  Assistant United States Attorney