UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 20-MJ-3223-KAR |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| MICHAEL GEOFFROY | ) | |

## MOTION TO SEAL

The United States of America, by and through its attorneys, moves to seal its memorandum in support of its motion for detention on grounds that public disclosure would reveal information about a minor victim.

Respectfully submitted,

ANDRE E. LELLING
United States Attorney

*/s/ Alex J. Grant*
ALEX J. GRANT
Assistant United States Attorney

**Certificate of Service**

I hereby certify that this document filed under seal will be emailed to counsel for the defendant.

By: */s/ Alex J. Grant*
ALEX J. GRANT
Assistant U.S. Attorney

Dated: December 22, 2020